IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Calvin Lucas, ) | C.A. No. 0:06-987-TLW-BM |
| Plaintiff, ) | |
| vs. ) | ORDER |
| Calvin Jackson (investigator); and ) Glen Campbell (Sheriff), ) | |
| Defendants. ) | |

The Plaintiff brought this *pro se* civil action against the Defendants, seeking monetary damages under 42 U.S.C. § 1983 for alleged "pain and suffering" and "slander" caused by Plaintiff's arrest and subsequent pre-trial confinement in the Darlington County Detention Center. Plaintiff is currently awaiting trial on criminal charges of assault and battery with intent to kill and discharging a firearm into a dwelling.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Marchant recommends that the Plaintiff's complaint be dismissed without prejudice and without issuance and service of process for failure to state a claim upon which relief may be granted. Plaintiff has not objected to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in

1

whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A careful review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 7), and plaintiff's complaint is dismissed without prejudice until his pending criminal charges are resolved.

**IT IS SO ORDERED.**

           S/ Terry L. Wooten
           **TERRY L. WOOTEN**
           **UNITED STATES DISTRICT JUDGE**

October 5, 2007
Florence, South Carolina